[670]                    HENDRICKS *vs.* BLOODGOOD.

Notice of the signing of the report by referees must be given to the losing party, to enable him
    to comply with the general rule as to setting aside reports of referees, or he will be
    relieved, although he does not, within the time prescribed, prepare papers to set aside
    the report.

A MOTION was made in behalf of the defendant to set aside a judgment en-
tered on a report of referees, and for leave to serve affidavits whereon to found a
motion to set aside the report. The excuse offered for not complying with the
general rule on this subject, was, that the party had not notice of the signing of
the report. In answer, it was objected that it was not the practice to give
notice.

*By the Court*, NELSON, Ch. J. It should be the practice. . In analogy to the
making of a case for a new trial, the affidavit upon which it is intended to move
to set aside the report should be served within four days after notice of the
signing of the report, and unless the losing party has such notice, he is entitled
to relief.                                                        Motion granted.

---

                    WARNER *vs.* LINCOLN.

ON a motion for judgment as in case of nonsuit, where the plaintiff stipulates
to try at the next circuit and to pay costs, he cannot require a regular notice of
taxation ; but must attend the taxation on reasonable notice.

---

[671]                    SMITH *vs.* ROGERS.

Where a plaintiff moves for judgment on a *frivolous demurrer*, he may accompany the notice of
    such motion, with a *provisional* notice of assessment or inquiry.

FRIVOLOUS demurrer and assessment of damages. The plaintiff gave notice
that he would apply at the last May term for judgment, on the ground of the friv-
olousness of the demurrer, and at the same time served a separate notice of
assessment of damages by the clerk, for the *eighth day of May.* Previous to the
eighth day of May, the court adjudged the demurrer to be frivolous ; and on the
day specified for the assessment, the damages were assessed. A motion was made
to set aside the assessment, on the ground that notice of assessment could not
regularly be given until after judgment on the demurrer.

*By the Court*, NELSON, Ch. J. It would have been better had the notice of
assessment been *provisional ;* but it was well enough. The defendant must have
known it was intended as provisional.                    Motion denied.